[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 2, 2006
THOMAS K. KAHN
CLERK

No. 05-11661
Non-Argument Calendar

_____

D. C. Docket No. 04-14024-CR-KMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LYMAN DECARLOS SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(August 2, 2006)**

Before EDMONDSON, Chief Judge, TJOFLAT and PRYOR, Circuit Judges.

PER CURIAM:

Monique A. Brochu, appointed counsel for Lyman Decarlos Smith in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's convictions and sentences are **AFFIRMED**.